Arthur Junious Cherry
Norfolk City Jail
811 East City Hall Avenue
Norfolk, Virginia 23510

Nachmanoff

RECEIVED
JUN 18 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

June 10th, 2024

1:24cv1092

Clerk Of The Federal Courts
Federal Court House
600 Granby St.
Norfolk, Virginia 23510

FILED
JUN 20 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To whom this letter may concern:

I am currently an Inmate at the Norfolk City Jail. However, I've been recieving threats as well as an excessive amount of hardship for trying to excersice my constitutional rights to file a grievance against the prison officials. I am in a desperate need of relief without having to fear that the administration would continue to retaliate against me. I've made several unsuccessful attempts to resolve my complaint within the institution. Therefore, I'm requesting for the Courts to intervene, so that my constitutional rights are protected, as well as for this mental and emotional abuse to stop immediately. Hopefully, this complaint is taken very seriously and given the utmost attention to prevent further abuse from the authorities at this facility.

Thank You!

Sincerly,
Arthur J. Cherry